**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

| | |
|---|---|
| KIMETRA BRICE; EARL BROWNE; JILL NOVOROT, *Plaintiffs-Appellees*, v. PLAIN GREEN, LLC, *Defendant*, and HAYNES INVESTMENTS, LLC; L. STEPHEN HAYNES, *Defendants-Appellants*. | No. 19-15707 D.C. No. 3:18-cv-01200-WHO ORDER |

Filed June 6, 2022

**ORDER**

MURGUIA, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.

Judge Koh did not participate in the deliberations or vote in this case.