UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KIMETRA BRICE; EARL BROWNE; JILL NOVOROT,

    Plaintiffs-Appellees,

 v.

PLAIN GREEN, LLC,

    Defendant,

and

HAYNES INVESTMENTS, LLC; L. STEPHEN HAYNES,

    Defendants-Appellants.

No. 19-15707

D.C. No. 3:18-cv-01200-WHO
Northern District of California,
San Francisco

ORDER

Pursuant to the Notice of Settlement filed on September 2, 2022 (Doc. 98), IT IS ORDERED that this action be dismissed as moot. This order constitutes the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7